IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KIONA ALSTON (SISTER) ON
BEHALF OF TED SMITH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

    CASE NO. 1D16-1710

v.

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed June 23, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Kiona Alston (Sister) on behalf of Ted Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DISMISSED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.